ELMER BARTOLO, d/b/a BARTOLO TRUCKING AND EXCAVATING COMPANY, Plaintiff-Appellee, v. SKAGGS CONSTRUCTION COMPANY, INC., Defendant-Appellant.—(THE CITY OF SPRINGFIELD, Defendant.)

(No. 12487; )

Fourth District—February 6, 1975.

Opinion by Mr. JUSTICE CRAVEN.

James T. Mohan and Fred Prillaman, of James T. Mohan Law Offices, of Springfield, for appellant.

Charles Gramlich and Edward G. Coleman, both of Springfield, for appellee.